**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**SYLVESTER DWIGHT DAMBETTO,
#A 205452280**

   **Petitioner,**

**vs.**            **CASE NO. 4:13cv47-RH/CAS**

**ERIC H. HOLDER, JR.,**

   **Respondent.**

_____/

### REPORT AND RECOMMENDATION

   This cause is before me upon referral from the Clerk.  In an order filed February

6, 2013, Petitioner was directed to file either pay the $5.00 filing fee or, alternatively, file

a motion to proceed *in forma pauperis* by March 6, 2013.  Doc. 3.  Petitioner was

specifically warned that a recommendation would be made that this case be dismissed

if there was a failure to comply with that order.  On February 20, 2013, Petitioner's copy

of that order was returned undelivered, doc. 5.  The Online Detainee Locator System

operated by U.S. Immigration and Customs Enforcement revealed that Petitioner has

been transferred to the Etowah County Detention Center in Alabama.  In an order

entered February 22, 2013, the clerk was directed to forward the returned order to

Petitioner's current address and he was given until March 22, 2013, to comply with that order. To date, no response has been received from the Petitioner.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Petitioner has failed to comply with an order or to prosecute this case, his petition should now be dismissed without prejudice.

Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Petitioner a final opportunity to show good cause for this failure to respond. Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on April 2, 2013.


s/ Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:13cv47-RH/CAS